# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

IN RE: SEARCH OF )
44 FARM GATE ROAD ) No. 2:21mj211-JHR
FALMOUTH, MAINE )
)  FILED UNDER SEAL

## MOTION TO DESIGNATE SEARCH WARRANT
## DOCUMENTS AS HIGHLY SENSITIVE DOCUMENTS

The United States of America, by and through its counsel, Donald E. Clark, Acting United States Attorney for the District of Maine, and Craig M. Wolff, Assistant United States Attorney, respectfully moves to designate the search warrant application, accompanying affidavit, search warrant and related documents in the above-captioned case as Highly Sensitive Documents under this Court's General Order 2021-5.

As noted in the Court's General Order, an HSD "is one that contains information that may be sought by malicious state actors and which, if revealed, would create a high risk of imminent threat to an identifiable individual, would cause harm to the interests of the United States, or would expose trade secrets of a serious nature." Gen. Order 2021-5 at 1. The above-captioned search warrant documents pertain to the alleged removal, retention and mishandling of classified information. Information about such conduct would be of interest to malicious state actors, and if revealed would cause harm to the interests of the United States.

For the above reasons, the government requests that the Court designate the search warrant application, accompanying affidavit, search warrant and all related

documents as Highly Sensitive Documents, to be handled as prescribed in General Order 2021-5.

Dated at Portland, Maine this 24th day of August, 2021.

Respectfully submitted,

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

*[signature]*

Craig M. Wolff
Assistant United States Attorney

Date and time issued: 4:59 pm, Aug 26 2021

City and state: Portland, ME

*Judge's signature*

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2021, I filed this **Motion to Designate Search Warrant Documents as Highly Sensitive Documents** by hand with the Clerk of Court.

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

Craig M. Wolff
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
craig.wolff@usdoj.gov

3